

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00340-CV

**IN RE AMAZON LOGISTICS, INC.**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Beth Watkins, Justice

Delivered and Filed: September 4, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On May 17, 2024, relator filed a petition for writ of mandamus. On June 4, 2024, we abated this original proceeding. On August 5, 2024, relator filed an amended petition for writ of mandamus. After considering relator's original and amended petitions and the attached appendices, this court concludes relator is not entitled to the relief sought. Accordingly, we lift our June 4, 2024 abatement and deny the amended petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021CI16797, styled *Andrea Walker v. Joseph Toria, Land Sang Trucking, J.B. Hunt Transport, Inc., and Amazon Logistics, Inc.*, pending in the 73rd Judicial District Court, Bexar County, Texas. The Honorable David A. Canales signed the order challenged in relator Amazon Logistics, Inc.'s original petition for writ of mandamus, and the Honorable Marialyn Barnard signed the order challenged in relator's amended petition for writ of mandamus.